# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DALLAS LAYNE MARTIN, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CIV-22-1019-R |
| KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Gary M. Purcell, the Court adopts the Report and Recommendation [Doc 20] in its entirety. Accordingly, the decision of the Commissioner of Social Security Administration is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings.

IT IS SO ORDERED this 17th day of October 2023.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE